IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION
Case No. 9:20-cv-82237-CANNON/BRANNON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TODD SOLOMON or, | ) |
| UNKNOWN PERSONAL | ) |
| REPRESENTATIVE OF THE | ) |
| ESTATE OF TODD SOLOMON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**UNITED STATES' MOTION FOR
REQUEST UNDER THE HAGUE EVIDENCE CONVENTION
AND LETTERS ROGATORY THROUGH DIPLOMATIC CHANNELS**

The United States moves the Court to issue a Letter of Request to Portugal under the Hague Evidence Convention seeking copies of a residence permit and application, death certificate, and any photographs or biometric data that relate to them. The United States also asks the Court to send letters rogatory through diplomatic channels to the Philippines requesting copies of a passport and any photographs or biometric data related to it.

Since filing this suit, the United States has been conducting discovery to determine whether Todd Solomon is deceased and, if so, who is the proper personal representative of his estate. The United States now believes that Todd Solomon had a passport from the Philippines in the name Rafael Morissohn and a permanent residence card from Portugal also in that name. The United States also believes that Todd Solomon died in Portugal under the name Rafael Morissohn.

Special Agent Keith Cramsey of the Department of Homeland Security uncovered this information while he was assisting the Royal Thailand Police investigate bank fraud and theft from Todd Solomon's bank account in Bangkok, Thailand. A declaration from SA Cramsey is Exhibit 1. SA Cramsey learned the information during the investigation but cannot obtain copies of the documents to produce in this court.

The United States seeks a copy of the residence permit, including photograph, that Portugal issued in the name Rafael Morissohn and copies of any fingerprints Portugal has of Rafael Morissohn to compare those to the photograph and fingerprints of Todd Solomon to show they are the same individual. Portugal issued the residence through its *Golden Visas program*. His official address is Rua Castilho, 39, 15th, 1250-068 Lisbon.  He obtained his first Residence Permit on December 16, 2016. His current Residence Permit *****3L3K was issued on January 30, 2020 and is valid until January 30, 2022. The United States seeks the death certificate, and any associated photographs, that show that Rafael Morissohn (Todd Solomon) died in Alvor, Portimão, Portugal on June 11, 2020. The death certificate (*assento de óbito*) is under the name Rafael Aguila MORISSOHN, at the Civil Registry Office of Portimão under the No. 516/2020. A proposed Letter of Request under the Hague Evidence Convention is Exhibit 2.

The United States seeks a copy of the passport, including photograph, that the Philippines issued in the name Rafael Morissohn and copies of any fingerprints, photographs, or other biometric data that the Philippines have of Rafael Morissohn to compare those to the photograph and fingerprints of Todd Solomon to show they are the same person. A proposed letters rogatory request is Exhibit 3.

Exhibits 2 and 3 contain the personally identifiable information of Todd Solomon/Rafael Morissohn. The information is necessary to identify the documents needed in the international jurisdictions. Redacted versions will be filed in CM/ECF with this motion. Unredacted versions will be transmitted to chambers for the Court's signature and Clerk of the Court's seal. The United States requests that the signed originals be forwarded to John Nasta at the address below. Counsel will have them

translated into the appropriate languages and forwarded to the State Department for transmittal through diplomatic channels to the Philippines and the Letter of Request to the Central Authority in Portugal respectively.

>John P. Nasta, Jr., Trial Attorney
>U.S. Department of Justice, Tax Division
>
>for U.S. Mail:
>Ben Franklin Station
>P.O. Box 14198
>Washington, D.C. 20044
>
>for FedEx/UPS:
>One Constitution Square
>1275 1st St. NE, Room 10224
>Washington, D.C. 20001

## RELIEF REQUESTED

The United States asks the Court to sign the attached Letter of Request to be submitted to Portuguese judicial authorities for assistance under the Hague Evidence Convention and the attached letters rogatory request to be submitted through diplomatic channels seeking assistance from judicial authorities in the Philippines.

Date: July 13, 2021

        DAVID A. HUBBERT
        Acting Assistant Attorney General

        By:
        **John P. Nasta, Jr.**
        JOHN P. NASTA, JR.
        Fla. Bar No. 1004432
        Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 14198
        Washington, D.C. 20044
        Telephone:  (202) 307-6560
        Facsimile:   (202) 514-4963
        john.nasta@usdoj.gov

        *Of Counsel:*
        JUAN ANTONIO GONZALEZ
        Acting U.S. Attorney, Southern District of Florida

        *Attorneys for the United States of America*