UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-82237-CIV-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**TODD SOLOMON** or
**UNKNOWN PERSONAL**
**REPRESENTATIVE OF THE**
**ESTATE OF TODD SOLOMON**,

    Defendant.

_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR**
**LETTER OF REQUEST AND LETTERS ROGATORY**

**THIS CAUSE** comes before the court upon the United States' Motion for Request under the Hague Evidence Convention and Letters Rogatory through Diplomatic Channels (the "Motion") [ECF No. 13]. This Court has considered the Motion and is otherwise fully advised. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the United States' Motion [ECF No. 13] is **GRANTED**. The Court shall forthwith sign the Letter of Request to the judicial authorities of Portugal and Letters Rogatory to the judicial authorities of the Philippines attached to the United States' Motion.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 15th day of July 2021.

                                                                 **AILEEN M. CANNON**
                                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record